IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

MAR -5 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SUPERSEDING** |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | CASE NO.1:24-CR-390 |
| | ) | Title 21, United States Code, |
| ARTHUR EZELL, | ) | Sections 846, 841(a)(1) and |
| DEMAR EZELL, | ) | (b)(1)(C) |

Defendant.

## COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about February 20, 2024, to on or about September 12, 2024, in the Northern District of Ohio, Eastern Division, Defendants ARTHUR EZELL and DEMAR EZELL did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

## COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about February 20, 2024, in the Northern District of Ohio, Eastern Division, Defendant ARTHUR EZELL did knowingly and intentionally distribute a mixture and

substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 3
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about August 20, 2024, in the Northern District of Ohio, Eastern Division, Defendant ARTHUR EZELL did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 4
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about August 28, 2024, in the Northern District of Ohio, Eastern Division, Defendant ARTHUR EZELL did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 5
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about September 12, 2024, in the Northern District of Ohio, Eastern Division, Defendants ARTHUR EZELL and DEMAR EZELL did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

6. On or about September 12, 2024, in the Northern District of Ohio, Eastern Division, Defendants ARTHUR EZELL and DEMAR EZELL did knowingly and intentionally possess with the intent to distribute a mixture and substance containing detectable amounts of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 6 are incorporated herein by reference. As a result of the foregoing offenses, Defendants ARTHUR EZELL and DEMAR EZELL, shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of such violations; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.